NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3019

DARRALYN C. COUNCIL,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board in
AT0752090091-I-1.

ON MOTION

## O R D E R

Upon consideration of Darralyn C. Council's unopposed motion for leave to proceed in forma pauperis,

IT IS ORDERED THAT:

The motion is granted. All other pending motions are denied as moot.

FOR THE COURT

JAN 0 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Darralyn C. Council
     Elizabeth A. Speck, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 8 2010

JAN HORBALY
CLERK